## (January 12, 1944.)

In the Matter of JOHN A. LYONS, as Commissioner of Correction of the State of New York, Appellant. GEORGE H. ROWE, as Judge of the County Court of Erie County, Respondent; ANTHONY MANGANO, Intervener, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. [See 266 App. Div. 1060.] Present — Cunningham, P. J., Taylor, Dowling and McCurn, JJ.

## (January 14, 1944.)

GROVER TOWN, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 27650.) — Order affirmed, without costs of this appeal to either party. All concur. (The order grants leave to claimant to file his proposed claim for property damage to a truck, alleged to have resulted by reason of its having been negligently struck by a truck owned by defendant State and operated by one of its agents.) Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ.

FRANCIS J. KOLBER, Appellant, v. ERIE COUNTY, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment dismisses the complaint in an action for compensation in excess of military pay. The order denies plaintiff's motion for summary judgment and grants defendant's motion to dismiss.) Present — Cunningham, P. J., Taylor, Harris, McCurn and Larkin, JJ. [See post, p. 1034.]

RAYMOND MERRITT, Appellant, v. CLIFFORD NEWMAN et al., Respondents.— Order reversed on the law, with costs, and verdict reinstated. Memorandum: On the proofs disclosed by the record, the issues of defendant Helen Newman's negligence and plaintiff's contributory negligence were for the jury and, in our opinion, the findings in plaintiff's favor are not against the weight of evidence. Erickson v. Grobsmith (263 N. Y. 606) is distinguishable upon its facts and does not support respondents' contention that plaintiff was contributorily negligent as a matter of law. All concur. (The order sets aside the verdict of a jury in favor of plaintiff in an automobile negligence action, and grants a new trial.) Present — Cunningham, P. J., Taylor, Harris, McCurn and Larkin, JJ. [See post, p. 1034.]

MARY SIMONETTI, Respondent, v. LEWIS T. RITCHIE, Appellant.— Order affirmed, with costs. All concur. (The order grants a motion to set aside the verdict of the jury in favor of defendant for no cause of action, and the judgment entered thereon, and grants a new trial in an automobile negligence action.) Present — Cunningham, P. J., Taylor, Harris, McCurn and Larkin, JJ.